COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:      Retaka Romeo Nelson v. Shannon Brochette Nelson

Appellate case number:   01-13-00816-CV

Date motion filed:          November 1, 2013

Type of Motion:            Objection to Mediation

Party filing motion:        Appellant

Trial court case number:  2012-04063

Trial court:                 308th District Court of Harris County

It is **ORDERED** that Appellant's objection to mediation is granted. We withdraw our Mediation Order dated October 23, 2013.

Judge's signature: /s/ Michael Massengale
                            X  Acting individually

Date: November 4, 2013[i]

---

[i]     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).